# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALEJANDRO GARCIA

VERSUS

CROTHALL INDUSTRIES, INC.

NO.  2019 CW 0439

**SEP 0 3 2019**

---

In Re:    Alejandro  Garcia,  applying  for  supervisory  writs,
Office  of  Workers'  Compensation,  District  6,  No.
1808332.

---

**BEFORE:    WELCH, CRAIN, HOLDRIDGE, CHUTZ, AND LANIER, JJ.**

    **WRIT  GRANTED.**   Louisiana  Revised  Statute  23:1121(B)(1)
provides  that,  "[t]he  employee  shall  have  the  right  to  select
one  treating  physician  in  any  field  or  specialty,  [and]  . . .
[a]fter  his  initial  choice  the  employee  shall  obtain  prior
consent  from  the  employer  or  his  workers'  compensation  carrier
for  a  change  of  treating  physician  within  that  same  field  or
specialty."    Beyond  making  the  determination  whether  the
employee  can  select  a  new  treating  physician,  La.  R.S.  23:1121
does  not  afford  a  hearing  officer  the  ability  to  place  any
limitations  on  which  particular  physician  an  employee  may,  or
may  not,  select.    Accordingly,  the  March  7,  2019  judgment  is
vacated  in  part,  removing  any  restrictions  on  relator,  Alejandro
Garcia's,  choice  of  a  new  treating  physician.

**JEW**
**WRC**
**WIL**

    **Crain and Holdridge, JJ.,** dissent and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

<u>Peggy J. Landry</u>
DEPUTY CLERK OF COURT
FOR THE COURT